IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE PARKER and<br>MICAH PARKER<br><br>          Plaintiffs,<br><br>          v.<br><br>MARK FARLEY and AMIR MOHAMMADI,<br><br>          Defendants.<br><br>MAURICE PARKER<br><br>          Plaintiff,<br><br>          v.<br><br>DELAWARE STATE UNIVERISTY,<br><br>          Defendants. | C.A. No. 10-1004-GMS-SRF<br>(consolidated with 09-749) |

## **ORDER**

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The Plaintiffs' Objections to the Report and Recommendation (D.I. 82, 83) are OVERRULED;

2. The Defendants' Objections to the Report and Recommendation (D.I. 84) are SUSTAINED;

3. The Report and Recommendation, dated September 29, 2014 (D.I. 80), is ADOPTED IN PART and REJECTED IN PART;

4. The Defendants' Motion for Summary Judgment (D.I. 68) is GRANTED;

5. The Clerk of the Court is instructed to close this case.

Dated: February 4, 2015

_____
UNITED STATES DISTRICT JUDGE